# GERALD J. DI CHIARA
### ATTORNEY AT LAW

**LAURA DI CHIARA, ESQ.**

585 Stewart Avenue, Suite L-16
Garden City, New York 11530

30 East 33rd Street, 4th Fl
New York, New York 10016

(212) 679-1958
FAX NO. (646) 307-6984

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED:

November 14, 2019

Honorable Judge Loretta A. Preska
U.S. District Court
Southern District of New York
500 Pearl Street
New York, New York 11201

Re: U.S. v. Felix Castillo
17 Cr 283(LAP)

Dear Judge Preska,

I hereby respectfully request that the <u>Court authorize an additional 10 hours Nunc Pro Tunc, from November 13, 2019, for my associate Laura Di Chiara, pursuant to the Criminal Justice Act, to cover her recent visit to the MCC.</u>

It was necessary for Ms. Di Chiara to meet Felix Castillo at the MCC in order to obtain his letter, to be submitted as part of his sentence submission, since it had not been received in the mail to timely file with our submission. This unanticipated meeting caused Ms. Di Chiara's hours to exceed the 10 hours originally authorized to her pursuant to her associate appointment in this case. Ms. Di Chiara had otherwise been actively assisting me in the defense of this client. It is anticipated this additional time shall be sufficient for her continued assistance to the conclusion of this case.

Respectfully,

Gerald J. Di Chiara

So Ordered: _Loretta A. Preska_
Judge Loretta A. Preska