```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,           :
                                    :
                                    :   17 Cr. 283 (LAP)
        - v. -                      :
                                    :           ORDER
FELIX CASTILLO,                     :
                                    :
                Defendant.          :
------------------------------------X
```

LORETTA A. PRESKA, Senior United States District Judge:

The Court hereby appoints Richard Tarlowe as CJA counsel to represent Mr. Castillo in the above-captioned case at the conference scheduled for 10:30 a.m. on July 17, 2024, regarding Mr. Castillo's alleged violations of the terms of his supervised release.

**SO ORDERED.**

Dated: July 12, 2024
       New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge