```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>-against-<br><br>FELIX CASTILLO,<br><br>                    Defendant. | No. 17-CR-283 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

   The conference currently scheduled for June 9, 2025 at 12:30 p.m. is adjourned to June 16, 2025 at 2:30 p.m. in Courtroom 12A, 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

Dated:    June 9, 2025
          New York, New York

_____
          LORETTA A. PRESKA
          Senior United States District Judge

1